**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  GONZALES          ANTHONY          D.
      (Last)            (First)          (Initial)

Prisoner Number ~~V-50565~~ V97347

Institutional Address  P.O. BOX 4000, VACAVILLE, CA 95696

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY DANIEL GONZALES )
(Enter the full name of plaintiff in this action.) )
                                                  )   Case No. CV 08 3378
vs.                                               )   (To be provided by the clerk of court)
                                                  )
JAMES E. TILTON, SECRETARY,                       )
                                                  )   PETITION FOR A WRIT
CALIFORNIA DEPARTMENT OF CORRECTIONS              )   OF HABEAS CORPUS
                                                  )
                                                  )
                                                  )
(Enter the full name of respondent(s) or jailor in this action) )

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10 A. <u>INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11     1. What sentence are you challenging in this petition?

12         (a)    Name and location of court that imposed sentence (for example; Alameda
13             County Superior Court, Oakland):

14     Santa Clara County Superior Court         San Jose

15     Court                                     Location

16     (b)    Case number, if known   H031002

17     (c)    Date and terms of sentence   9/9/05; 16 years to life

18     (d)    Are you now in custody serving this term? (Custody means being in jail, on
19             parole or probation, etc.)     Yes ✓    No ___

20     Where?

21     Name of Institution:   California State Prison - Solano

22     Address:   P.O. Box 4000, Vacaville, CA 95696

23     2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 challenging more than one sentence, you should file a different petition for each sentence.)
26 One count of violation of Cal. Penal Code section 187, subdivision (a) - Murder, second degree
27 plus enhancement for personal use of deadly and dangerous weapon within the meaning of
28 Cal. Penal Code section 12022, subdivision (b)(1)

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:                                  Yes ✓     No ____

    Preliminary Hearing:                   Yes ✓     No ____

    Motion to Suppress:                  Yes ____   No ✓

4. How did you plead?

    Guilty ____    Not Guilty ✓    Nolo Contendere ____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ✓    Judge alone ____    Judge alone on a transcript ____

6. Did you testify at your trial?              Yes ✓     No ____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment                           Yes ✓     No ____

    (b)    Preliminary hearing              Yes ✓     No ____

    (c)    Time of plea                         Yes ✓     No ____

    (d)    Trial                                     Yes ✓     No ____

    (e)    Sentencing                            Yes ✓     No ____

    (f)    Appeal                                  Yes ✓     No ____

    (g)    Other post-conviction proceeding   Yes ✓     No ____

8. Did you appeal your conviction?         Yes ✓     No ____

    (a)    If you did, to what court(s) did you appeal?

            Court of Appeal                       Yes ✓     No ____

            Year: 2006       Result: Affirmed

            Supreme Court of California          Yes ✓     No ____

            Year: 2007       Result: Review denied

            Any other court                       Yes ____   No ✓

            Year: _____   Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS      - 3 -

|   |     |                                                                                      |
|---|-----|--------------------------------------------------------------------------------------|
| 1 |     | petition?                                      Yes ____   No ✓                       |
| 2 | (c) | Was there an opinion?                          Yes ✓      No ____                    |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)?                      |
| 4 |     |                                                Yes ____   No ✓                      |
| 5 |     | If you did, give the name of the court and the result:                               |

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?      Yes ✓    No ____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

    I.    Name of Court: __California Court of Appeal, Sixth Appellate District__

    Type of Proceeding: __Petition for Writ of Habeas Corpus__

    Grounds raised (Be brief but specific):

    a. __Ineffective Assistance of Counsel- Failure to Consult Expert__

    b. __Ineffective Assistance of Counsel - Failed to Object to Exhibit Packaging__

    c. __Ineffective Assistance of Counsel - Fail to Object Prosecutor Misconduct__

    d. _____

    Result: __Denied__   Date of Result: __5/23/07__

    II.    Name of Court: _____

    Type of Proceeding: _____

    Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS    - 4 -

a._____

b._____

c._____

d._____

Result: _____Date of Result:_____

III. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____Date of Result:_____

IV. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____Date of Result:_____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes \_\_\_\_  No ✓

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Trial counsel provided ineffective assistance by failing to consult and call to testify expert on knives or provide support for claim petitioner opened knife with one hand

Supporting Facts: Petitioner claimed decedent and others attacked him & piled on top of him, endangering his life. Removing folding knife from his pocket, he opened it with one hand, using stud on knife, then stabbed decdent in self-defense. Prosecutor argued impossible to open knife as claimed. Expert would have disputed this claim based on knife's design feature.

Claim Two: Trial counsel provided ineffective assistance by failing to object to court ruling knife could only go into jury room in pressurized packaging which prevented handling

Supporting Facts: Counsel wanted jurors to be able to handle and test knife to determine it could be opened in manner petitioner claimed. She asked court to allow knife into jury room but then failed to object to ruling and explain that packiaging would impede effective testing. In fact, jurors could not manipulate knife through packaging so as to test it as needed.

Claim Three: Trial counsel provided ineffective assistance by failing to object to improper argument amounting to prosecutorial misconduct.

Supporting Facts: Prosecutor argued facts outside the evidence by claiming it was impossible to open the knife with one hand as petitioner claimed. No one had so testified, but prosecutor insisted this impossibility meant petitioner was lying. Counsel neither objected to this argument nor effectively addressed the contention in her closing argument.

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

Not applicable

PET. FOR WRIT OF HAB. CORPUS         - 6 -

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

Caro v. Calderon, 165 F.3d 1223 (9th Cir. 1998)

Strickland v. Washington 466 U.S. 668 (1984)

Sanders v. Ratelle 21 F.3d 1446 (9th Cir. 1994)

Do you have an attorney for this petition?    Yes ✓    No ___

If you do, give the name and address of your attorney:

Steven Schorr, P.O. Box 910496, San Diego, CA 92191-0496

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on   5-12-08                    [signature]
         Date                          Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -

# PROOF OF SERVICE

I declare that I am over the age of 18, not a party to this action and my business address is P.O. Box 910496, San Diego, California 92191. On the date shown below, I served the within PETITION FOR WRIT OF HABEAS CORPUS to the following parties hereinafter named by:

__X__   Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Clara, California, addressed as follows:

Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Attn: Jeffrey M. Laurence, DDA
[Counsel for Respondent]

James E. Tilton, Secretary
California Department of Corrections
1515 "S" Street
Sacramento, CA 95814

Anthony Daniel Gonzales
#V-97347
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696

I declare under penalty of perjury the foregoing is true and correct. Executed this 11th day of July, 2008, at San Diego, California.

Steven Schorr