UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anthony Daniel Gonzales    Plaintiff,

vs.

James E. Tilton, Secretary, California
Department of Corrections

Defendant.

CASE NO. _____

CV 08 3378

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Anthony Daniel Gonzales, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  *For approximately 9 months from 2003 to 2004 I worked*
4  *at "The Clear Choice" as a Manager, making $10.00 per*
5  *hr. plus commission, at an average of $1,700.00 a month.*
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.   Business, Profession or                    Yes ___ No ✓
9           self employment
10     b.   Income from stocks, bonds,                 Yes ___ No ✓
11          or royalties?
12     c.   Rent payments?                             Yes ___ No ✓
13     d.   Pensions, annuities, or                    Yes ___ No ✓
14          life insurance payments?
15     e.   Federal or State welfare payments,         Yes ___ No ✓
16          Social Security or other govern-
17          ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                              Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 2 -

MAY 16 2008

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.   Do you own or are you buying a home?   Yes ___ No ✓
6  Estimated Market Value: $_____   Amount of Mortgage: $_____
7  6.   Do you own an automobile?   Yes ___ No ✓
8  Make _____ Year _____ Model _____
9  Is it financed? Yes ___ No ___ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.   Do you have a bank account?   Yes ___ No ✓ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No ___ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ___ No ✓
18 _____
19 8.   What are your monthly expenses?
20 Rent: $ _____   Utilities: _____
21 Food: $ _____   Clothing: _____
22 Charge Accounts:
23 Name of Account          Monthly Payment          Total Owed on This Acct.
24 _____          $ _____          $ _____
25 _____          $ _____          $ _____
26 _____          $ _____          $ _____
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

MAY 1 6 2008

1
2
3    10.    Does the complaint which you are seeking to file raise claims that have been presented in
4    other lawsuits?                                              Yes ✓    No ___
5    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6    they were filed.

In re Anthony Daniel Gonzales, People of the State of California v. Anthony Daniel Gonzales;
7
Court of Appeal Number H031002; California Court of Appeal, Sixth Appellate District
8

9          I consent to prison officials withdrawing from my trust account and paying to the court the
10    initial partial filing fee and all installment payments required by the court.
11          I declare under the penalty of perjury that the foregoing is true and correct and understand
12    that a false statement herein may result in the dismissal of my claims.
13
14    5-12-08                              _____Anthony_____
15        DATE                              SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____            - 4 -

MAY 16 2008

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Anthony Daniel Gonzales__ for the last six months at

[prisoner name]

__California State Prison - Solano__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__0.31__.

Dated: __5-12-08__                    _Teresa Ayers, Accounting Technician_

[Authorized officer of the institution]

MAY 16 2008

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:

4  Caro v. Calderon, 165 F.3d 1223 (9th Cir. 1998)

5  Strickland v. Washington 466 U.S. 668 (1984)

6  Sanders v. Ratelle 21 F.3d 1446 (9th Cir. 1994)

7  Do you have an attorney for this petition?          Yes ✓      No ___

8  If you do, give the name and address of your attorney:

9  Steven Schorr, P.O. Box 910496, San Diego, CA 92191-0496

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on  5-12-08                              [signature]
14              Date                                  Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS          - 7 -

MAY 16 2008

```
REPORT ID: TS3030 .701                                                               REPORT DATE: 05/22/08
                                                                                     PAGE NO:          1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIFORNIA STATE PRISON SOLANO
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: NOV. 22, 2007 THRU MAY 22, 2008

ACCOUNT NUMBER  : V97347                            BED/CELL NUMBER: S101T100000131L
ACCOUNT NAME    : GONZALES, ANTHONY DANIEL          ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                              TRUST ACCOUNT ACTIVITY

                  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL        CURRENT         HOLDS      TRANSACTIONS
  BALANCE        DEPOSITS     WITHDRAWALS    BALANCE        BALANCE     TO BE POSTED

    1.88           0.00          0.00          1.88          0.00           0.00

                                                                    CURRENT
                                                                   AVAILABLE
                                                                    BALANCE

                                                                      1.88
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE
5/28/02

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to this action and my business address is P.O. Box 910496, San Diego, California 92191. On the date shown below, I served the within PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS to the following parties hereinafter named by:

__X__   Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Clara, California, addressed as follows:

Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Attn: Jeffrey M. Laurence, DDA
[Counsel for Respondent]

James E. Tilton, Secretary
California Department of Corrections
1515 "S" Street
Sacramento, CA 95814

Anthony Daniel Gonzales
#V-97347
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696

I declare under penalty of perjury the foregoing is true and correct. Executed this 11th day of July, 2008, at San Diego, California.

Steven Schorr