**E-FILED on** ___09/30/09___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY DANIEL GONZALES,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES E. TILTON, Secretary of California Department of Corrections,<br><br>        Respondent,<br><br>    and<br><br>EDMUND G. BROWN, the Attorney General of the State of California<br><br>        Additional Respondent. | No. CV-08-03378 RMW<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE<br><br>Docket No. 4 |

Petitioner, a California state prisoner, filed a <u>pro se</u> petition for a a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 16, 2008, petitioner filed a motion for appointment of counsel. For the reasons set forth below, the court DENIES petitioner's motion for appointment of counsel (docket no. 4) without prejudice.

### DISCUSSION

Petitioner requests appointment of counsel. However, the Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). While 18 U.S. C.§ 3006A(a)(2)(B) authorizes a district court to appoint counsel to

represent a habeas petitioner if "the court deter mines that the interests of justice so require," the courts have made appointment of counsel the exception rather than the rule. Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986).

Pursuant to a recommendation by the Sixth District Appellate Program, to the Sixth District Appellate Court, counsel was provided in petitioner's former appeal. Mot. to App. *see* Decl. at 4. Petitioner's counsel of record in that appeal felt compelled to submit petitioner's federal writ of habeas corpus with this court and to seek appointment of counsel on petitioner's behalf. *Id.*

At present, the court has yet to review the merits of the petition. Since the petition has already been filed, the court denies the motion for appointment without prejudice. The court will reconsider the request on its own motion after review of the petition and evaluation of the factors that justify appointment. The court will review the claims set forth in the petition in a separate written order.

IT IS SO ORDERED.

DATED:     09/30/09

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Steven Schorr                               sschorr@san.rr.com

**Counsel for Respondent:**

(No appearance)

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Dated:     09/30/09                              JAS
                                         Chambers of Judge Whyte

ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL - No. C-08 03378 RMW
AKT                                                  3