IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY DANIEL GONZALES,**<br><br>Petitioner,<br><br>v.<br><br>**JAMES E. TILTON, Secretary of California Department of Corrections; EDMUND G. BROWN, the Attorney General of the State of California,**<br><br>Respondents. | Case No. C 08-03378 RMW<br><br>**ORDER** |

    IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed February 11, 2010, and provide the state court record, will be extended to June 12, 2010.  Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading.

Dated:  April 12, 2010

_Ronald M. Whyte_
The Honorable Ronald M. Whyte

1

Order (C 08-03378 RMW)