IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY DANIEL GONZALES,** | Case No. C 08-03378 RMW |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES E. TILTON, Secretary of California Department of Corrections; EDMUND G. BROWN, the Attorney General of the State of California,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause and provide the state court record, will be extended to August 11, 2010. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading.

Dated:  June 9, 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1