**E-FILED on**   10/12/11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY DANIEL GONZALES, | No. C-08-03378 RMW |
| Petitioner, | JUDGMENT |
| v. | |
| MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation, | |
| Respondent. | |

    On October 12, 2011 the court denied petitioner's application for a writ of habeas corpus. Therefore,

    IT IS HEREBY ORDERED that judgment be entered in favor of respondent and that petitioner is not entitled to any relief by way of his petition.

DATED:    10/12/11

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT— C-08-03378 RMW
MEC